Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COBBLER NEVADA, LLC**, <br><br> Plaintiff, <br> v. <br><br> **SANTOS A. CERRITOS, Jr.**, <br><br> Defendant. | Case No.: 3:15-cv-01228-ST <br><br> SATISFACTION OF JUDGMENT |

Plaintiff hereby provides notice that the Judgment(s) in this action has been fully and completely satisfied and the Clerk of the Court is hereby authorized to make the appropriate entry.

Dated January 24, 2017.

/s/ Carl D. Crowell
Carl D. Crowell, OSB # 982049
email: carl@crowell-law.com
Phone: 503-581-1240
Of counsel for plaintiff